### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Latussia Rochelle Wansley, Debtor          Case No. 21-01309-KMS
                                                    CHAPTER 13

### RESPONSE TO TRUSTEE'S MOTION TO MODIFY PLAN

COMES NOW the Debtor, by and through counsel, and files this Response to the Trustee's Motion to Modify Confirmed Plan (Dkt. 33), and states as follows:

1. The Debtor is a below-median income debtor. Under 11 U.S.C. § 1325(b)(4), the applicable commitment period for a below-median debtor is three years unless the debtor voluntarily proposes a longer plan. Although the confirmed plan in this case provides for a 60-month term, the Bankruptcy Code does not require the Debtor to remain in a plan beyond the applicable commitment period once the confirmed distribution to unsecured creditors has been paid.

2. The Trustee asserts that, because additional funds have accumulated or may accumulate, the distribution to unsecured creditors should be increased on a pro-rata basis. The Code does not require a below-median debtor to increase the percentage paid to unsecured creditors beyond what the confirmed plan provides. Rather, once the amount required to satisfy the confirmed unsecured distribution has been paid, the plan should be completed.

3. Any excess payments attributable to timing, over-withholding, or the extended plan length should not be treated as a basis to increase the unsecured dividend. Once unsecured creditors have received the distribution provided in the confirmed plan, the plan term should be shortened so that the case completes, and any excess funds on hand should be returned to the Debtor.

4. The Trustee's request to increase the unsecured distribution to a percentage to be determined by the Trustee is inconsistent with the statutory framework governing below-median

debtors. The appropriate remedy is for the plan to conclude when the confirmed unsecured distribution has been paid, not for the percentage to unsecured creditors to be increased.

    WHEREFORE, the Debtor respectfully requests that the Court deny the Trustee's request to increase the unsecured distribution, authorize the plan to be shortened so it completes upon payment of the confirmed unsecured dividend, direct that any excess funds be refunded to the Debtor, and grant such other relief as may be appropriate.

Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr. (MSBN 103469)
      Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was filed on CM/ECF this day and that the following are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

      /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr.