IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Latussia Rochelle Wansley, Debtor               Case No. 21-01309-KMS
                                                         CHAPTER 13

# NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.
**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: January 14, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Latussia Rochelle Wansley, Debtor          Case No. 21-01309-KMS
CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on August 9, 2021, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtor's Chapter 13 Plan was confirmed on November 12, 2021, providing for a plan length of sixty (60) months.

3. Debtor has paid all amounts required to be paid to creditors pursuant to the confirmed plan.

4. Debtor wishes to close the case early since no additional obligations remain.

5. Debtor requests to receive a refund all overpaid and undistributed funds.

WHEREFORE, Debtor prays that their Bankruptcy Plan be shorten and permit early completion and closure of the case. The Trustee should refund all overpaid and undistributed funds to the Debtor.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on January 14, 2026, to:

By Electronic CM/ECF Notice:

    David Rawlings

    U.S. Trustee

                                     /s/ Thomas C. Rollins, Jr.
                                     Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>  LATUSSIA ROCHELLE WANSLEY | CASE NO: 21-01309<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/15/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/15/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 21-01309 |
| LATUSSIA ROCHELLE WANSLEY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 1/15/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/15/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                          EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING   US BANKRUPTCY COURT           AARONS
NCRS ADDRESS DOWNLOAD              THAD COCHRAN US COURTHOUSE    1020 HWY 98  57
CASE 21-01309                      501 E COURT STREET            MCCOMB  MS 39648
SOUTHERN DISTRICT OF MISSISSIPPI   SUITE 2300
THU JAN 15 11-56-35 PST 2026       JACKSON  MS 39201 5036


CHECK INTO CASH                    CHIMEFSTR                     DEBT RECOVERY SOLUTION
CUSTOMER SERVICE DEPT              PO BOX 417                    6800 JERICHO TURNPIKE
PO BOX 550                         SAN FRANCISCO  CA 94104-0417  SYOSSET  NY 11791-4401
CLEVELAND  TN 37364-0550


DOUGLAS WANSLEY                    FEDLOAN                       FIRST BANK
711 AVE F                          POB 60610                     282 E BAY ST
MCCOMB  MS 39648-3422              HARRISBURG  PA 17106-0610     MAGNOLIA  MS 39652-2814


FRIGG FINANCE  LLC                 GRACELAND PORTABLE BUI        MCCOMB FCU
CO THE HILL FIRM  PLLC             PO BOX 1000                   913 DELAWARE AVE
PO BOX 150529                      DEPT 162                      MCCOMB  MS 39648-3825
NASHVILLE  TN 37215-0529           MEMPHIS  TN 38148-0162


NAVY FEDERAL CREDIT UNION          OPPORTUNITY FINANCIAL  LLC    OPPURTUNITY FINANCIAL
PO BOX 3000                        130 E RANDOLPH STREET         130 E RANDOLPH ST
MERRIFIELD  VA 22119-3000          SUITE 3400                    CHICAGO  IL 60601-6207
                                   CHICAGO  IL 60601-6379


SANTANDER CONSUMER USA             SANTANDER CONSUMER USA  INC   SANTANDER CONSUMER USA  INC AS ILLINOIS COR
PO BOX 961212                      DBA CHRYSLER CAPITAL          DBA CHRYSLER CAPITAL
FORT WORTH  TX 76161-0212          1601 ELM STREET  SUITE 800    1601 ELM ST  SUITE 800
                                   DALLAS  TX 75201-7260         DALLAS  TX 75201-7260


SMITH ROUCHON  ASSOC               SPEEDY CASH                   SPEEDYRAPID CASH
1456 ELLIS AVENUE                  3611 N RIDGE RD               PO BOX 780408
JACKSON  MS 39204-2204             WICHITA  KS 67205-1214        WICHITA  KS 67278-0408


SUNBELT FEDERAL CREDIT UNION       US DEPARTMENT OF EDUCATION    US DEPT OF EDUCATION
6885 US HIGHWAY 49 N 3             CO FEDLOAN SERVICING          EDFINANCIAL SERVICES
HATTIESBURG  MS 39402-7807         PO BOX 69184                  120 N SEVEN OAKS DR
                                   HARRISBURG  PA 17106-9184     KNOXVILLE  TN 37922-2359


EXCLUDE                                                          EXCLUDE

UNITED STATES TRUSTEE              WILLIAMS  FUDGE  INC          (P)DAVID RAWLINGS
501 EAST COURT STREET              300 CHATHAM AVENUE            ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
SUITE 6 430                        ROCK HILL  SC 29730-4986      PO BOX 566
JACKSON  MS 39201 5022                                           HATTIESBURG MS 39403 0566
```

| | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| JENNIFER A CURRY CALVILLO | LATUSSIA ROCHELLE WANSLEY | ~~THOMAS CARL ROLLINS JR~~ |
| THE ROLLINS LAW FIRM | 711 AVE F | ~~THE ROLLINS LAW FIRM  PLLC~~ |
| 702 W PINE ST | MCCOMB  MS 39648-3422 | ~~PO BOX 13767~~ |
| HATTIESBURG  MS 39401-3836 | | ~~JACKSON  MS 39236-3767~~ |