# Proceeding Minutes / Proceeding Memo

**Case #:** 21-01309   **Case Name:** Latussia Rochelle Wansley

**Set:** 01/29/2026 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 11/24/2025 Filed by Trustee David Rawlings Objections due 12/26/2025. Note: See <u>Fed. R. Bankr. P. 9006(f)</u>. Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (<u>Dkt. #33</u>)

Response filed by the Debtor (<u>Dkt. #34</u>)

---

Minute Entry Re: (related document(s): [33] Motion and 30 Day Notice to Modify Plan filed by David Rawlings) Brian Wilson to submit an Agreed Order. Order due by 02/12/2026. Email received from Wilson. (mcc)

EXTENDED TO 2/26/26 (CC 2/13/26)