_____



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 24, 2026**

_____
The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                   CHAPTER 13 PROCEEDINGS
  LATUSSIA ROCHELLE WANSLEY                   21-01309 KMS
  711 Ave F
  McComb, MS  39648                            SSN:  XXX-XX-3973

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  PERSONAL PEDIATRIC CARE LLC
  ATTEN: PAYROLL
  303A MALL DRIVE
  McCOMB, MS  39648-3605

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net