**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Latussia Rochelle Wansley, Debtor**      **Case No. 21-01309 KMS**
                                                                **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Latussia Rochelle Wansley**                                          **03/18/26**
Latussia Rochelle Wansley                                                          Date


**/s/ Thomas C. Rollins, Jr.**                                                       **03/19/26**
Thomas C. Rollins, Jr., MS Bar No. 103469                                           Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:                                    Gulfport Divisional Office:
Danny L. Miller, Clerk                             Danny L. Miller, Clerk
United States Bankruptcy Court                     United States Bankruptcy Court
Thad Cochran US Courthouse                         Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                          2012 15th St, Suite 244
Jackson, MS 39201                                  Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On March 19, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LATUSSIA ROCHELLE WANSLEY

CASE NO: 21-01309 KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/19/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/19/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LATUSSIA ROCHELLE WANSLEY

CASE NO: 21-01309 KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/19/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/19/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-01309 KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU MAR 19 8-26-58 PST 2026

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201 5036

AARONS
1020 HWY 98  57
MCCOMB  MS 39648

CHECK INTO CASH
CUSTOMER SERVICE DEPT
PO BOX 550
CLEVELAND  TN 37364-0550

CHIMEFSTR
PO BOX 417
SAN FRANCISCO  CA 94104-0417

DEBT RECOVERY SOLUTION
6800 JERICHO TURNPIKE
SYOSSET  NY 11791-4401

DOUGLAS WANSLEY
711 AVE F
MCCOMB  MS 39648-3422

FEDLOAN
POB 60610
HARRISBURG  PA 17106-0610

FIRST BANK
282 E BAY ST
MAGNOLIA  MS 39652-2814

FRIGG FINANCE  LLC
CO THE HILL FIRM  PLLC
PO BOX 150529
NASHVILLE  TN 37215-0529

GRACELAND PORTABLE BUI
PO BOX 1000
DEPT 162
MEMPHIS  TN 38148-0162

MCCOMB FCU
913 DELAWARE AVE
MCCOMB  MS 39648-3825

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

OPPORTUNITY FINANCIAL  LLC
130 E RANDOLPH STREET
SUITE 3400
CHICAGO  IL 60601-6379

OPPURTUNITY FINANCIAL
130 E RANDOLPH ST
CHICAGO  IL 60601-6207

SANTANDER CONSUMER USA
PO BOX 961212
FORT WORTH  TX 76161-0212

SANTANDER CONSUMER USA  INC
DBA CHRYSLER CAPITAL
1601 ELM STREET  SUITE 800
DALLAS  TX 75201-7260

SANTANDER CONSUMER USA  INC AS ILLINOIS COR
DBA CHRYSLER CAPITAL
1601 ELM ST  SUITE 800
DALLAS  TX 75201-7260

SMITH ROUCHON  ASSOC
1456 ELLIS AVENUE
JACKSON  MS 39204-2204

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

SPEEDYRAPID CASH
PO BOX 780408
WICHITA  KS 67278-0408

SUNBELT FEDERAL CREDIT UNION
6885 US HIGHWAY 49 N 3
HATTIESBURG  MS 39402-7807

US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG  PA 17106-9184

US DEPT OF EDUCATION
EDFINANCIAL SERVICES
120 N SEVEN OAKS DR
KNOXVILLE  TN 37922-2359

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON  MS 39201 5022

WILLIAMS  FUDGE  INC
300 CHATHAM AVENUE
ROCK HILL  SC 29730-4986

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403 0566

DEBTOR

EXCLUDE

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

LATUSSIA ROCHELLE WANSLEY
711 AVE F
MCCOMB  MS 39648-3422

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

LATUSSIA ROCHELLE WANSLEY
711 AVE F
MCCOMB  MS 39648-3422

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767