United States Bankruptcy Court

Southern District of Mississippi

In re:

Latussia Rochelle Wansley

    Debtor

Case No. 21-01309-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3        User: mssbad        Page 1 of 2

Date Rcvd: Apr 14, 2026        Form ID: 3180W        Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Latussia Rochelle Wansley, 711 Ave F, McComb, MS 39648-3422 |
| 5022849 | | Aarons, 1020 Hwy 98 & 57, McComb, MS 39648 |
| 5022855 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 5022856 | + | First Bank, 282 E Bay St, Magnolia, MS 39652-2814 |
| 5022857 | | Graceland Portable Bui, P.O. Box 1000, Dept #162, Memphis, TN 38148-0162 |
| 5022858 | + | McComb FCU, 913 Delaware Ave, McComb, MS 39648-3825 |
| 5023813 | + | Santander Consumer USA, Inc. as Illinois corp, d/b/a Chrysler Capital, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5022851 | | Email/Text: bkinfo@ccfi.com | Apr 14 2026 19:30:00 | Check Into Cash, Customer Service Dept, PO Box 550, Cleveland, TN 37364-0550 |
| 5022852 | + | Email/Text: omx-bnc-bk-notices@chime.com | Apr 14 2026 19:29:00 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 5022853 | ^ | MEBN | Apr 14 2026 19:27:32 | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 5046251 | + | Email/Text: office@hillfirmlaw.com | Apr 14 2026 19:29:00 | Frigg Finance, LLC, c/o The Hill Firm, PLLC, PO Box 150529, Nashville, TN 37215-0529 |
| 5025581 | + | EDI: NFCU.COM | Apr 14 2026 23:27:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5046568 | + | Email/Text: opportunitynotices@gmail.com | Apr 14 2026 19:30:00 | Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 5022859 | + | Email/Text: opportunitynotices@gmail.com | Apr 14 2026 19:30:00 | Oppurtunity Financial, 130 E Randolph St, Chicago, IL 60601-6207 |
| 5022860 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 14 2026 19:29:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 5580852 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 14 2026 19:29:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm Street, Suite 800, Dallas, TX 75201-7260 |
| 5022861 | + | Email/Text: Tracey@sra-inc.net | Apr 14 2026 19:29:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 5022862 | + | Email/Text: bkinfo@ccfi.com | Apr 14 2026 19:29:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |

District/off: 0538-3                     User: mssbad                          Page 2 of 2

Date Rcvd: Apr 14, 2026                  Form ID: 3180W                        Total Noticed: 23

| 5045987 | + Email/Text: bkinfo@ccfi.com | | |
| | | Apr 14 2026 19:29:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 5022850 | + Email/Text: member.solutions@sunbeltfcu.org | | |
| | | Apr 14 2026 19:29:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 N #3, Hattiesburg, MS 39402-7807 |
| 5032071 | ^ MEBN | | |
| | | Apr 14 2026 19:27:52 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5197728 | + Email/Text: EBN@edfinancial.com | | |
| | | Apr 14 2026 19:29:00 | US Dept. of Education, Edfinancial Services, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5022863 | + Email/Text: ebn@wfcorp.com | | |
| | | Apr 14 2026 19:30:00 | Williams & Fudge, Inc., 300 Chatham Avenue, Rock Hill, SC 29730-4986 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5022854 | ##+ | Douglas Wansley, 711 Ave F, McComb, MS 39648-3422 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2026                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Latussia Rochelle Wansley jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Latussia Rochelle Wansley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Latussia Rochelle Wansley** | Social Security number or ITIN   **xxx–xx–3973** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–01309–KMS**

---

# Order of Discharge

**12/18**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Latussia Rochelle Wansley**
aka Latussia Rochelle Davis, aka Latussia R Wansley,
aka Latussia R Davis

Dated: 4/14/26

**By the court:**        /s/Katharine M. Samson
                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2